**STATE of Missouri, Respondent,**

v.

**Carl A. SHARP, Appellant.**

**No. WD 39068.**

Missouri Court of Appeals, Western District.

March 15, 1988.

Byron Neal Fox, and Marilyn Miller, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of and sentences for robbery in the first degree pursuant to § 569.020, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986.

Judgment affirmed. Rule 30.25(b).